Steven C. Spencer, appellant, v. Travelers Insurance Company and Andrea Martinez de Ybarra, appellees. Gen. No. 37,472.

Opinion filed October 24, 1934. Rehearing denied November 15, 1934.
D. P. Buzane, N. Berkos, G. Reilly and S. C. Spencer, for appellant; S. C. Spencer, of counsel. Hubbard, Baker & Rice, for appellees.
Mr. Justice Wilson delivered the opinion of the court.

Underground Construction Company, appellant, v. The Sanitary District of Chicago, appellee. Gen. No. 37,461.

Opinion filed November 5, 1934. Rehearing denied November 19, 1934.
John L. McInerney and Luella M. Bither, for appellant. William Rothmann, Lawrence J. Fenlon and Thomas F. Donovan, for appellee.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

Marie E. Crowe, administratrix of the estate of Timothy Crowe, deceased, appellee, v. Catherine McDonnell, executrix of the last will and testament of Edward McDonnell, deceased, appellant. Gen. No. 37,479.

Opinion filed November 5, 1934.
Charles H. Chapman, for appellant; Milton S. Applebaum, of counsel. Kabaker & Kabaker, for appellee; Julius L. Kabaker, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.

The People of the State of Illinois, defendant in error, v. Ray Zyk et al., Rocco Martino and Mike Martino, plaintiffs in error. Gen. Nos. 37,520, 37,521.

Opinion filed November 5, 1934.
Samuel A. Aronfeld, for plaintiffs in error; Elwyn E. Long, of counsel. Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, J. Albert Woll and Henry E. Seyfarth, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice O'Connor delivered the opinion of the court.